THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Randolph F. Ashford, Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Circuit Court Judge

Unpublished Opinion No. 2012-UP-035
 Submitted January 3, 2012  Filed January
25, 2012    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia; and Randolph F. Ashford, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Daniel E. Johnson, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Randolph F. Ashford appeals his convictions
 for three counts of carjacking, two counts of assault with intent to kill, two
 counts of kidnapping, a count of first-degree criminal sexual conduct, and a count
 of first-degree burglary.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.